UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>          Plaintiff,<br><br>v.<br><br>R. FALCON, et al.,<br><br>          Defendant. | Case No.:  22cv1204-CAB-SBC<br><br>**ORDER GRANTING MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION**<br><br>**[ECF No. 24]** |

   Before the Court is Defendants' motion to vacate the Early Neutral Evaluation ("ENE") set for August 10, 2023, or in the alternative, continue the ENE for at least 60 days. (ECF No. 24.) Good cause appearing, the Court **GRANTS** the motion. The ENE is continued to **October 10, 2023** at **9:30 a.m**. Non-confidential ENE statements are due **October 3, 2023**. All other provisions in the Notice and Order Setting ENE (ECF No. 23) remain in effect.

   **IT IS SO ORDERED.**

Dated: August 8, 2023

/ / / /

/ / / /

/ / / /

Hon. Steve B. Chu
United States Magistrate Judge