UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, CDCR #H-90841,<br><br>Plaintiff,<br><br>v.<br><br>R. FALCON; S. VALENZULA; N. GARSILASO,<br><br>Defendants. | Case No.: 22cv1204-CAB-NLS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE** |

On or about November 28, 2023, the parties appeared via Zoom at an ENE Conference before Magistrate Judge Steve B. Chu. At that time, Plaintiff indicated that he wanted to dismiss the case with prejudice, but he did not want to sign any paperwork. On a Zoom recording, Magistrate Judge Chu asked Plaintiff if he, in fact, wanted to dismiss the entire action with prejudice. Plaintiff stated that he did want to dismiss the entire action with prejudice and that he was doing so knowingly and voluntarily. Plaintiff also stated that he did not want to sign any further paperwork in this case.

Accordingly, given Plaintiff's recorded request at the ENE before Magistrate Judge Chu that the entire action be dismissed with prejudice, Plaintiff is **ORDERED TO SHOW CAUSE** in writing, on or before **December 28, 2023**, why this matter should not

1

be dismissed with prejudice. Failure to timely respond to this order will result in dismissal with prejudice of the entire action.

**IT IS SO ORDERED.**

Dated: November 28, 2023

Hon. Cathy Ann Bencivengo
United States District Judge