

US POSTAGE
ZIP 91950 $ 000.63⁰
02 4W
0000343406 NOV 29 2023

0012/08/23

C8-113L

NIXIE    911    DC 1    RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 92101380620    *2052-03176-08-22

FILED
DEC 11 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Senarble Campbell
H90841

**RETURN 1**

INMATE REFU

Refused 12/4/23
1H:22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS