UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, CDCR #H-90841,<br><br>    Plaintiff,<br><br>v.<br><br>R. FALCON; S. VALENZULA; N. GARSILASO,<br><br>    Defendants. | Case No.:  22cv1204-CAB-NLS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On November 28, 2024, this Court issued an Order to Show Cause Why Case Should Not be Dismissed with Prejudice ("OSC"). [Doc. No. 30.]  In the OSC, the Court ordered Plaintiff to show cause, in writing, on or before December 28, 2023, why this matter should not be dismissed with prejudice.  To date, there has been no response from Plaintiff.  Accordingly, this case is **HEREBY DISMISSED WITH PREJUDICE**.  The Clerk of Court shall **CLOSE** the case.

**IT IS SO ORDERED**.

Dated:  January 9, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge