UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



RECEIVED

JAN 23 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Senarble Campbell
No. 0841

Refuse
1435 1/16/24

08-1736



RETURN TO
INMATE REFU

NIXIE            911   DC  1

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101380820          92104-04748-11

RETURN TO SENDER

FILED

JAN 23 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF
BY

US POSTAGE
ZIP 91950